UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MEDITERRANEAN SHIPPING COMPANY (CANADA) INC.

    Plaintiff,

v.

BEACON LOGISTICS, LLC,

    Defendant.
_____/

Case No. 2:22-CV-05050-ES-JRA

### JOINT STIPULATION VACATING DEFAULT

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys of record for all Parties, and pursuant to the Federal Rules of Civil Procedure, that the Clerk's Entry of Default on December 2, 2022, as to Defendant, BEACON LOGISTICS LLC, is vacated and that Plaintiff's, MEDITERRANEAN SHIPPING COMPANY (CANADA) INC., Motion for Default Judgment [D.E. 7] is stricken from the record.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** by and between the undersigned attorneys of record for all Parties, that Defendant is to file an answer or otherwise respond to Plaintiff's Complaint on or before February 13, 2023.

Dated: January 31, 2023

Respectfully submitted,

**SPECTOR RUBIN, P.A.**

By: /s/ *Troy Geisser*
Troy H. Geisser (001211990)
3250 Mary Street, Suite 405
Miami, Florida 33133
11 Broadway, Suite 615
New York, New York 10004
Tel: 305.537.2000
Email: troy.geisser@spectorrubin.com

*Attorneys for Defendant,*
*Beacon Logistics LLC*

**LAW OFFICES OF BRYAN D. PRESS**

By: /s/ *Bryan Press*
Bryan D. Press (BP0286)
P.O. Box 246
Fair Lawn, New Jersey 07410
Tel: 201.532.3477
Email: bpress1984@gmail.com

*Attorneys for Plaintiff, Mediterranean Shipping Company (Canada) Inc.*

**SO ORDERED.** The Clerk of the Court shall **TERMINATE** Docket Entry number 7.

_____
Hon. Esther Salas, U.S.D.J.
Dated: Feb. 1, 2023

1